168 A.3d 1178

STATE OF NEW JERSEY, PLAINTIFF, v. ANTHONY
ENRICO, DEFENDANT–MOVANT.

May 19, 2017

## ORDER

It is ORDERED that the motion for leave to appeal is granted and the matter is summarily remanded to the Superior Court, Appellate Division to reconsider on the merits in light of *State v. Benjamin*, 228 *N.J.* 358, 157 *A.*3d 427 (2017).

168 A.3d 1179

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. LAMAR
F. YOUNG (A/K/A HAUSE), DEFENDANT–PETITIONER.

May 19, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004652–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.